

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**OFFICE OF THE CLERK**

# RUSHVILLE
# SCANNING COVER SHEET

**Notice – Please read and carefully follow these instructions.**

1. Each pleading must have this cover sheet on top.
2. Each pleading must be legible. Typed, double-spaced pleadings are preferred.
3. All pages must be numbered.
4. Each pleading must be scanned separately as one complete document. A pleading may not be scanned page by page. If the pleading is more than 25 pages, then the pleading must be scanned and submitted in multiple emails with a maximum size of 25 pages. The subject line of each email should specify the range of pages included within. (For example, a 40 page pleading would be broken into 2 emails, the first with a subject line "Email 1 of 2 – Pages 1-25" and the second with a subject line of "Email 2 of 2 – Pages 26-40".)
5. Discovery requests and responses are not filed with the Court unless they are part of a motion to compel. Discovery requests and responses shall not be electronically filed per Local Rule 26.3. However, a Certificate of Service may be scanned stating you have served your discovery documents on the other parties in the case.
6. Only lines and boxes included on this form should be filled out. Do not provide any other information regarding your pleading on this Scanning Cover Sheet.

**Please complete the following (Print):**

Date: 5-28-24

Name: John Loy, pro se v. Greg Donzthan etal

Case Number: 23-CV-04149-JES  ☐ (Check here if this is a new case)

**Type of Pleading (Check only one):**

☒ Motion / Petition
☐ Response / Reply
☐ Other (Specify) _____

Title of Pleading: Motion To Reconsider
(For Example, "Motion to Compel" or "Response to Summary Judgment")

Number of Pages for this Pleading (Not including Scanning Cover Sheet): 10

United States District Court
Central District of Illinois
Peoria Division

Proof of/Certificate of Service

The undersigned, being first duly sworn upon oath, deposes and states that a copy of the foregoing:
1. Proof of/Certificate of Service
2. Motion To Reconsider
3. Motion To Correct Spelling of Names

was served upon the below named parties on 5th day of May, 2024, in an envelope bearing sufficent postage and/or electronicly filed to:

Clerk of the Court
U.S. District Court
Central District of Illinois
Peoria, Illinois

*/s/ John Long*

17019 County Farm Rd.
Rushville, Ill. 62681

United States District Court
Central District of Illinois
Peoria Division

| | |
|---|---|
| John Loy, pro se<br>Plaintiff<br><br>v.<br><br>Greg Donathan, et al<br>Defendants | Case No.<br><br>23-cv-04149-JES |

## Motion to Reconsider

Response to document #19.

When filing a complaint the Court, in the past, has informed me to keep it short and not to include evidence or quotes from laws or court decisions. I beg the Court's foregiveness for past errors and for any future errors do to my inexperience and ignorance of legal rules.

First of all as to:
1. Greg Donathan
2. Sharon Coleman-Weems
3. Sandra Simpson

4. Zach Shawgo

Hopefully, I can successfully plead my case as to why these 4 persons should be placed back on my defendants list.

Fulton v. Bartik, 547 F. Supp. 3d. 799
Civil conspiracy:
1. The existance of an agreement between two or more persons.
2. To participate in an unlawful act or a lawful act in an unlawful manner.
3. That an overt act was performed by one of the parties pursuant to and in furtherance of a common scheme.
4. An injury caused by the unlawful act.

Miller v. Hecox, 2d. 2012 Ill. App. 110546
1. A cause of action for civil conspiracy is viable only if a member of the conspiracy commits a tort in furtherance of it.
2. Liability for intentional infliction of emotional distress applies where defendant(s) acts recklessly, in deliberate disregard of high degree of probability that emotional distress will follow.

Adcock v. Brakegate, LTD, Ill. Sup. Ct., 164 Ill. 2d. 54
1. Civil conspiracy consists of a combination of two or more persons for the purpose of accomplishing by some concerted action either unlawful or lawful by unlawful means.
2. Claim's function is to extend, beyond active wrongdoer, liability in tort to actors who have merely assisted, encouraged or planned wrongdoer's acts.

Wilson v. Wexford Health Services Inc.
Courts evaluating 8th Amd. claims related to medical care apply a two-step test.
1. The prisoner must have an objectively serious medical condition.
2. The defendant(s) must be aware of and consciously disreguard that condition.
To prevail on an 8th Amd. claim related to medical care, the plaintiff must prove such a substantial departure from accepted professional judgement, practice, or standards as to demonstrate that the person(s) responsible actually did not base their decision on such judgement. This can take the form

of either inappropriate care or an <u>unjustifiable delay</u> in providing care that exacerbated the prisoner's injury or <u>unnecessarily prolonged his pain.</u>

Secondly, there is the matter of crule and unusual punishment under the 8th Amd.

28 U.S.C. Section 1915A(c)

(c) As used in this section, the term "<u>prisoner</u>" means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, <u>violations of criminal law</u> or the terms and conditions of parole, probation, pretrial release, or diversionary program.

8th Amd.: To determine whether a punishment is crule and unusual is its tendency. A number of courts have deemed it pertinent to ask whether the <u>practice</u> or treatment is one <u>generally approved of</u> or inquiring whether the practice or treatment is one commonly resorted to by authorities throughout the country.

4 of 8

## Conclusion

The Sexually Violent Commitment Act has been written into the criminal statutes, 725 ILCS 207.

1. I was committed under <u>this law</u> in 2005. Therefore, <u>I have been convicted and sentenced for a crime</u>.
2. I am housed in a building built for and owned by the Dept. of Corrections, for the express purpose of housing convicts.
   a. I live in a cell.
   b. All doors are controlled by security staff from a central control room.
3. Security staff wear all black or black and white uniforms with D.O.C. badges. They also have military insignia on they collars.
4. Staff is D.O.C. trained.
5. I receive commitment papers and hearing information from the Illinois Attorney General's Office, Criminal Division.
6. 725 ILCS 207/50 (b+c) states, "The facility operated under this section shall not be subject to the provisions of the Mental Health and Developmental Disabilities Code", but instead the

5 of 8

Unified Code of Corrections.
7. All This considered, <u>I believe I have every right To use The 8TH Amd.</u>
8. If iT walks like a duck and quacks like a duck iT MUST be a duck.
28 U.S.C. Section 1915A(c) conferms This as well.

<u>These individuals have been aware of my condition for many years.</u> There is The original x-rays and radiology reporT of June 2018. Then There are Three (3) grievances, all dealing with my lefT arm. The first in June of 2019. Then Two (2) in 2023; July and September. In April and August of 2023 I wroTe Mr. Donathan requesTing help about my arm and other information about my arm. One he answered by sending back To The people who were giving me the run-around To begin with. The oThe requesT he did noT even both To answer.

An overT acT was performed by aT least one of These individuals pursuanT To and

6 of 8

in furtherance of a common scheme. I wrote Mr. Shawgo four (4) times trying to find out who was on this collegiate panel and all I got was I'm not telling you.

Pain in its self causes a great deal of emotional distress. Other emotional stressors are, I can no longer play catch or vollyball. I can no longer work in welding or electrical maintenance. And because I only have about 20% use of my left arm I have a security problem. That is, several individuals here have been sent back to D.O.C. for various violent crimes including manslaughter.

Radiology report of 10-26-22: Degenerative changes. Consider a repeat study if symtoms continue to persist or progress. Over the years the condition of my arm has slowly gotten worse; Yet for some reason (money, prejudice, discrimination?) have done nothing.

One thing that these people are constantly

Trying to duck is that because I am a ward of the State they are my guardians and therefore are charged with ensuring I have adequate health care and a safe environment. So far I have not been attacked.

The Two (2) statements in the grievance response of 7-11-23:
1. "He reports being committed but never concenting to Treatment."
2. "If released, res. Loy may not be able to perform certain types of work."

show discrimination and a total lack of concern for my condition. They can also be taken as a threat to coerce me into doing something I have a right not to do.

I, John Loy declare under penalty of perjury that the preceding is true and correct to the best of my knowledge.

Signature: *[signed] John Loy*
Date: 5-28-24