United States District Court
Central District of Illinois
Peoria Division

Proof of/Certificate of Service

The undersigned, being first duly sworn upon oath, deposes and states that a copy of the foregoing:
1. Proof of/Certificate of Service
2. Motion To Reconsider
3. Motion To Correct Spelling of Names

was served upon the below named parties on 5th day of May, 2024, in an envelope bearing sufficent postage and/or electronicly filed to:

Clerk of the Court
U.S. District Court
Central District of Illinois
Peoria, Illinois

*John Long* (signature)

17019 County Farm Rd.
Rushville, Ill. 62681

United States District Court
Central District of Illinois
Peoria Division

| | |
|---|---|
| John Loy, pro se<br>Plaintiff<br>v.<br>Greg Donathan, et al<br>Defendants | Case No.<br><br>23-CV-04149-JES |

Motion to Correct Spelling of Names

Please change Sharon Coleman-Deems To:
    Sharon Coleman-Weems.

Please change Shawgo to:
    Zach Shawgo.

I, John Loy, declare under penalty of perjury that the preceding is true and correct to the best of my knowledge.

Signature: John Loy
Date: 5-28-24