

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
#### OFFICE OF THE CLERK

## RUSHVILLE

## SCANNING COVER SHEET

### Notice – Please read and carefully follow these instructions.

1. Each pleading must have this cover sheet on top
2. Each pleading must be legible. Typed, double-spaced pleadings are preferred.
3. All pages must be numbered.
4. Each pleading must be scanned separately as one complete document. A pleading may not be scanned page by page. If the pleading is more than 25 pages, then the pleading must be scanned and submitted in multiple emails with a maximum size of 25 pages. The subject line of each email should specify the range of pages included within. (For example, a 40 page pleading would be broken into 2 emails, the first with a subject line "Email 1 of 2 – Pages 1-25" and the second with a subject line of "Email 2 of 2 – Pages 26-40".)
5. Discovery requests and responses are not filed with the Court unless they are part of a motion to compel. Discovery requests and responses shall not be electronically filed per Local Rule 26.3. However, a Certificate of Service may be scanned stating you have served your discovery documents on the other parties in the case.
6. Only lines and boxes included on this form should be filled out. Do not provide any other information regarding your pleading on this Scanning Cover Sheet.

### Please complete the following (Print):

Date: 6-7-24

Name: John Loy v. Greg DonaThan eTal

Case Number: 23-CV-04149-JES    ☒ (Check here if this is a new case)

### Type of Pleading (Check only one):

☐ Motion / Petition
☐ Response / Reply
☐ Other (Specify) Complaint (#4)

Title of Pleading: _____
(For Example, "Motion to Compel" or "Response to Summary Judgment")

Number of Pages for this Pleading (Not including Scanning Cover Sheet): 22

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

John Loy, pro se,                )
                                 )
                                 )
            Plaintiff            )
                                 )
        vs.                      )        Case No. 23-cv-04149-JES
                                 )        *(The case number will be assigned by the clerk)*
Greg DonaThan                    )
Sharon Coleman-Weems             )
Sandra Simpson                   )
Zach Shago                       )
David Marccwitz                  )
John & Jane Doe(s)               )
                                 )
_____ ,      )
                                 )
            Defendant(s)         )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

## I. FEDERAL JURISDICTION

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: John Loy

Prison Identification Number: 842240

Current address: 17019 County Farm Rd.
Rushville, Ill. 62681

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Greg Donathan

Current Job Title: Program Director

Current Work Address 17019 County Farm Rd.
Rushville, Ill. 62681

Defendant #2:

Full Name: Sharon Coleman-Weems

Current Job Title: Administrative Director

Current Work Address C/O Chaya M. Citrin, Attorney
100 W. Randolph St., 12th Floor
Chicago, Ill. 60601

Defendant #3:

Full Name: Sandra Simpson

Current Job Title: Grievance Examiner

2

Current Work Address <u>17019 CounTy Farm Rd.</u>
<u>Rushville, Ill. 62681</u>

Defendant #4:

Full Name: <u>Zach Shago, RN</u>

Current Job Title: <u>DirecTor of Nurses</u>

Current Work Address <u>17019 CounTy Farm Rd.</u>
<u>Rushville, Ill. 62681</u>

Defendant #5:

Full Name: <u>David Marcowitz MD</u>

Current Job Title: <u>Family Doctor Marcowitz</u>

Current Work Address <u>C/O Julie A. Teuscher ? ATTorneys</u>
<u>PaTrick M. Creagh }</u>
<u>Cassiday Schade LLP</u>
<u>222 W. Adams ST., SuiTe 2900 Chicago, Ill. 60606</u>

*For additional defendants, provide the information in the same format as above on a separate page.*

NexT Page

### III. LITIGATION HISTORY

The *"three strikes rule"* bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is *frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."* 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?       Yes ☒       No ☐

If yes, please describe <u>BoTh cases have my broken arm</u>
<u>in common</u>

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒       No ☐

C. If your answer to B is yes, how many? <u>1</u>   Describe the lawsuit(s) below.

3

Defendant #6: John Doe(s) + Jane Doe(s)
Job Title: Collegiate Panel Members
Current Address: Unknown at this Time

1. Name of Case, Court and Docket Number
*John Loy V. Greg Scott  4:19-cv-04226-JES*

2. Basic claim made  *Safty + Abuse*

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)  *Pending in Appellate Court*

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

 *Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

     Yes ☒  No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?  Yes ☒  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence *Rushville Treatment + Dention Facility*

5

Date(s) of the occurrence  June 2018 To Present Day

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

¶#1  For the last 23+ years I have been incarcerated at the Rushville Treatment + Dention Facility. I am 75 years old. I broke my left arm in 1971. For many years I had minor mobility problems only. Some Time after Sept. 2014 I started experiancing some pain in the forearm. The level of pain has slowly increased over Time. Now, depending on how I use my arm the pain can go as high as 10 out of 10. Much lower for such things as washing my hands or Tying my shoes. Most of the day I experiance a constant dull ach. As an electrition/welder This level of pain would make it impossible To ply my Trade. Other Than my arm, I am in excellent physical health and would otherwise be able To hold down a job. Over The years my arm has atrophied do To lack of use.

¶#2  In June of 2018 I went To The health care unit to complain about the pain in my left arm. Dr. Marcowitz ordered some x-rays on 6-5-18, That later showed (6-19-18) the ulna was in Two pieces and the elbow was extremely arthritic. During this exam I asked for a bottom bunk.

6

Dr. Marcowitz did nothing even though Dept. of Human Service policy mandates persons over the age of 65 and/or having a broken arm are to be placed on the bottom bunk. I did not get a bottom bunk until over a year later. After falling from the upper bunk. The fall caused by the weakness and pain in left arm.

¶#3 There is this thing here called a collegiate panel. They determine the level of health care we get. I have been referred to them 6 times to see an orthopedic specialist.
   1. 3 times by Nurse Practioner Ms. Becker.
     a. Referred on or about 8-10-22, 10-26-22, and 2-22-23.
     b. X-rays were taken on or about 8-17-22, 10-26-22, and 3-1-23.
   2. 1 time each by Dr. Avalos, Dr. Shah, and Dr. White. Dr. White on 3-20-23.
Despite all these referrals this collegiate panel refused to do anything. One reason, I believe, for their refusal to act is that they are using the pain in my arm to coerce me into a treatment group. Quote from grievance response: "He (Mr. Loy) reports being committed but never consenting to treatment." What does this have to do with a serious medical problem?

¶#4 I am claiming all defendants have committed 3

7

constitutional violations: discrimination, deliberate indifference, and cruel + unusual punishment. This inaction to my pain by the collegiate panel and the response to my grievance, written by Ms. Simpson and co-signed by Mr. Donathan and Ms. Coleman proves most of this. I am also claiming all defendants are responsable in their official and personal capacity.

¶#5 In Ms. Simpson's grievance response she has not only gone to extreme lengths to alter the facts she also states that the collegiate panel "did not think further intervention was indicated." Does that mean there is an age at which pain relief is of no importance? Ms. Simpson, Mr. Donathan, and Ms. Coleman are in a large part responsable for our heath and safty. I quote, "at Loy's age (74) there is no surgical intervention available." It's a broken bone and arthritis!

¶#6 In an attempt to contact this collegiate panel or at least find out who is on this panel, I wrote the director of nurses Zach Shago, RN. I wrote him a total of 4 times. Each time he refused to tell me anything about these people. He once said, "I am not the one to ask." So I asked him who was. Again he basically told me it was none of my business.

1. Punitive relief in money for every year I have been forced To endure This pain and for fear of being attacked and unable To defend myself. For limitations placed on my ability To work and participate in certain athletic endeavors.

2. Order staff To find a reputable orthopedic specialist To repair my arm. Soon.

JURY DEMAND          Yes ☐          No ☐

Signed this __23rd__ day of __April__, 20 __24__.

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| John Loy | 842240 |
| Address: 17019 County Farm Rd. Rushville, Ill. 62681 | Telephone Number: |

9

I, John Loy, declare The preceding To be
True and accurate To the best of my Knowledge
under penalty of The laws of perjury.

_John Loy_
17019 County Farm Rd.
Rushville, Ill. 62681

4-23-24
Date

RELIEF REQUESTED

(State what relief you want from the court.)

10

Exhibit A-1

United States District Court
Central District of Illinois
Peoria Division

| | |
|---|---|
| John Loy, pro se <br> Plaintiff <br><br> V. <br><br> Greg Donathan, et al <br> Defendants | Case No. <br><br> 23-cv-04149-JES |

Motion for Leave to File a Fourth Amended Complaint

Response to document #19.

When filing a complaint the Court, in the past,
has informed me to keep it short and not to
include evidence or quotes from laws or court
decisions. I beg the Court's foregiveness
for past errors and for any future errors do
to my inexperience and ignorance of legal
rules.

First of all as to:
   1. Greg Donathan
   2. Sharon Coleman-Weems
   3. Sandra Simpson

4. Zach Shawgo

Hopefully, I can successfully plead my case as To why these 4 persons should be placed back on my defendants list.

Fulton v. BarTik, 547 F. Supp. 3d. 799
Civil conspiracy:
1. The existance of an agreement between two or more persons.
2. To participate in an unlawful act or a lawful act in an unlawful manner.
3. That an overt act was performed by one of the parties pursuant To and in furtherance of a common scheme.
4. An injury caused by The unlawful act.

Miller v. Hecox, 2d. 2012 Ill. App. 110546
1. A cause of action for civil conspiracy is viable only if a member of The conspiracy commiTs a TorT in furTherance of iT.
2. Liability for intenTional infliction of emotional distress applies where defendant(s) acT(s) recklessly, in deliberate disregard of high degree of probability that emotional distress will follow.

Adcock v. Brakegate, LTD, Ill. Sup. Ct.,
164 Ill. 2d. 54

1. Civil conspiracy consists of a combination
   of two or more persons for the purpose of
   accomplishing by some concerted action
   either unlawful or lawful by unlawful
   means.

2. Claim's function is to extend, beyond active
   wrongdoer, liability in Tort To actors
   who have merely assisted, encouraged
   or planned wrongdoer's acts.


Wilson v. Wexford Health Services Inc.
Courts evaluating 8th Amd. claims related
To medical care apply a Two-step Test.

1. The prisoner must have an objectively
   serious medical condition.

2. The defendant(s) must be aware of
   and consciously disregard that condition.

To prevail on an 8th Amd. claim related to
medical care, the plaintiff must prove such a
substantial departure from accepted professional
judgement, practice, or standards as to
demonstrate that the person(s) responsible
actually did not base their decision on
such judgement. This can take the form

3 of 11

of either inappropriate care or an
unjustifiable delay in providing care that
exacerbated the prisoner's injury or unnecessarily
prolonged his pain.

Secondly, there is the matter of crule and
unusual punishment under the 8TH Amd.

28 U.S.C. Section 1915A(c)
   (c) As used in this section, the term "prisoner"
      means any person incarcerated or detained
      in any facility who is accused of, convicted
      of, sentenced for, or adjudicated delinquent
      for, violations of criminal law or the
      terms and conditions of parole, probation,
      pretrial release, or diversionary program.

8TH Amd.: To determine whether a punishment is
crule and unusual is its Tendency. A number of
courts have deemed it pertinent to ask
whether the practice or treatment is one
generally approved of or inquiring whether
the practice or treatment is one commonly
resorted to by authorities throughout
the country.

# Conclusion

The Sexually Violent Committment Act is a hybrid Law. It has one (1) foot in civil law and the other in criminal law. The State uses this fact to its full advantage. I believe I have a right to do the same.

1. The S.V.P. Act has been written into the criminal statutes, 725 ILCS 207.

2. Petitioner has the burden of proving the allegations in this petition beyond a reasonable doubt, 725 ILCS 207/35(d). If this law was really civil the State would only need to prove their case with a perponderance of evidence.

3. 725 ILCS 207/50 (b+c) states "The facility operated under this section shall not be subject to the provisions of the Mental Health and Developmental Disabilities Code" but instead the Unified Code of Corrections.

4. I was committed under this law in August of 2005.

5. I am housed in a building built for and owned by the Dept. of Corrections

for The expressed purpose of housing convicted fellons,

    a. I live in a cell

    b. All doors are controlled by security staff from a central control room.

6. Security staff wear all black or black and white uniforms with D.O.C. badges. They also have military insignia on their collars.

7. Staff are D.O.C. Trained.

    a. Some staffs are former D.O.C. employees.

8. I receive committment papers and hearing information from the Illinois Attorney General's Office, Criminal Division.

9. 28 U.S.C. Section 1915 A(c) conferms me To be a prisoner.

10. If it walks like a duck and it quacks like a duck it MUST be a duck.

At this point I am charging That Mr. Donathan, Ms. Coleman-Weems, and Ms. Simpson are guilty of crule and unusual punishment. The evidence for This is

clearly written in The grievance reply of July 2023.

1. "He reports being committed but never concenting To Treatment."
2. "If released, res. Loy may not be able To perform certain Types of work."

These statements also imply discrimination plus a Total lack of concern for my condition. They can also be taken as a threat To coerce me into doing something I have a right not To do; therefor punishment for not bending to their will.

These individuals have been aware of my condition for a long Time. As in Wilson v. Wexford Healt Services, Inc., (2024 WL 1328723) WestLaw.

1. There is the original x-rays and radiology report of June 2018. Then there are three (3) grievances, all dealing with my left arm. The first in June of 2019. Then Two (2) in 2023; July and September.
2. In April and August of 2023 I wrote Mr. Donathan requesting help about my arm. One he answered by referring

me back To the people who were
giving me The run-around to begin with.
The other request he did not even
bother to answer.

Also, Estelle v. Gamble, U.S. Sup. CT.

1. Government has an obligation to provide
medical care for Those whom it is
punishing by incarceration. I can no
longer go fishing, drive a car, work in
my chosen profession, etc., etc., etc.
Yes, I am being punished.

2. Deliberate indifference to serious
medical needs of prisoners constitutes
unnecessary and wanton infliction of pain
proscribed by 8TH Amd. (14th Amd.). Whether
The indifference is manifested by prison
doctors (facility doctors) in response To
prison (facility) needs or by prision guards
(sicility staff) in intentionally denying or
delaying access To medical care or
intentionally interfering with Treatment
once perscribed. Regardless of how
evidenced, deliberate indifference
to prisoner's serious illness or injurys
states cause of action under civil

Exhibit A-9

rights staTute.

Even Though I am a prisoner I believe
I have The right To know who is deciding
my medical needs. In Fulton v. Bartik (547
F. Supp. 3d. 799) a civil conspiracy is:
  1. The existance of an agreement beTween
     Two or more persons.
       a. Mr. DonaThan and Ms. Simpson and Mr.
          Shawgo all agreed that I did not
          need To know who was on this
          collegiate panel.
  2. That an overT act was performed by one
     of The parties pursuant To and in
     furtherance of a common scheme.
       a. The overT acT being That all the
          individuals in This, for various
          reasons, have been blocking me
          from adaguaTe medical care.
Therefore I am also claiming all individuals
are involved in a conspiracy. This includes
Ms. Coleman-Weems.

Miller v. Hecox, 2012 Ill. App. 110546
  1. LiabiliTy for intentional infliction of emotional

9 of 11

Exhibit A-10

distress applies where defendant(s) acts
recklessly, in deliberate disregard of
high degree of probability That emotional
distress will follow. Pain in its self causes
a great deal of emotional distress. Again,
depending on how I use my arm The
pain level can go to 10/10. Such as
playing catch or vollyball. An even
greater stressor is I only have about
20% use of my left arm which creats
a security problem. Several individuals
here have been sent back to D.O.C.
for violent crimes including manslaughter.

One last thing that I forgot to put at
the very begining of the conclusion. In 725
ILCS 207/20, due process, notes 43 in westlaw:
1. The criminal plain error rule, rather Than the
more strict civil plain error rule, should
apply to appeals from proceedings under
the SVP Act; although such proceedings
are civil in nature, They implicate 5TH
and 6th Amendment rights and carry The
possibility of indefinate commitment in
a secure facility placing at stake a

Exhibit A-11

vital liberty interest, as serious as
The consequences of a criminal trial.
The reason for including this last paragraph
is to show The hybrid nature of This law.

I, John Loy, declare under penalty of
perjury that the preceding is true and
correct To the best of my knowledge.

Signature: John Loy
Date: 6-7-24