**FILED**

**JUL 12 2024**

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

23-4149

Dear Sir,     7-9-24

I did not want to delay the merit hearing any longer than it has already been. So, instead of writing a motion to amend I am writing this letter to pass along some information I fell is extremely relevant.

I have been locked up under this Act since 1-5-01. Yet until my grievance of 7-10-23 I had never heard of this collegiate panel. Over the last couple of days I found a great deal of information about what is better known as "medical review committee" (59 Ill. Adm. Code 299.340 (c+h)). Section "c" states I shall be provided all necessary medical and dental treatment. Section "h-1" states a 3 member committee will be appointed by the program director. The only program director I know is Greg Donathan. Section "h-3" states I shall receive written notification of a hearing. Section "h-4" states that I shall have the right to attend the hearing. Section "h-12" states that I shall receive a written decision prepared and signed by all members of the committee. And

That I have a right to appeal." Absolutely none of this has transpired. Again, Greg Donathan is the only program director I know and Sharon Coleman-Weems is the only administrative director I know. Both of them should have known better, not only because it's their jobs but because they have been made well aware of my condition.

Sincerely,

*John Ivey*

Case No. 23-CV-04149-JES

J. Lay
17019 County Farm Rd.
Rushville, Ill. 62681

Judge James E. Shadid
U.S. District Court
Room 309
100 N.E. Monroe St.
Peoria, Ill. 61602

Legal Mail