

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK

# RUSHVILLE
# SCANNING COVER SHEET

**Notice – Please read and carefully follow these instructions.**

1. Each pleading must have this cover sheet on top.
2. Each pleading must be legible. Typed, double-spaced pleadings are preferred.
3. All pages must be numbered.
4. Each pleading must be scanned separately as one complete document. A pleading may not be scanned page by page. If the pleading is more than 25 pages, then the pleading must be scanned and submitted in multiple emails with a maximum size of 25 pages. The subject line of each email should specify the range of pages included within. (For example, a 40 page pleading would be broken into 2 emails, the first with a subject line "Email 1 of 2 – Pages 1-25" and the second with a subject line of "Email 2 of 2 – Pages 26-40".)
5. Discovery requests and responses are not filed with the Court unless they are part of a motion to compel. Discovery requests and responses shall not be electronically filed per Local Rule 26.3. However, a Certificate of Service may be scanned stating you have served your discovery documents on the other parties in the case.
6. Only lines and boxes included on this form should be filled out. Do not provide any other information regarding your pleading on this Scanning Cover Sheet.

**Please complete the following (Print):**

Date: _7-24-24_

Name: _John Loy v. Greg Donathan et al_

Case Number: _23-CV-04149-JES_  ☐ (Check here if this is a new case)

**Type of Pleading (Check only one):**

☒ Motion / Petition
☐ Response / Reply
☐ Other (Specify) _____

Title of Pleading: _Motion To Compel_
(For Example, "Motion to Compel" or "Response to Summary Judgment")

Number of Pages for this Pleading (Not including Scanning Cover Sheet): _3_

Unite States District Court
Central District of Illinois
Peoria Division

Proof of/ Certificate of Service

The undersigned, being first duly sworn upon oath, deposes and states that a copy of the foregoing:
1. Proof of/ Certificate of Service
2. Motion To Compel

was served upon the below named parties on the 24th day of July, 2024, in an envelope bearing sufficent postage and/or electronicly filed to:

Clerk of the Court
U.S. District Court
Central District of Illinois
Peoria, Illinois 61602

Patricia Brito Salazar, Attorney
C/O Greg Donathan
17019 County Farm Rd.
Rushville, Ill. 62681

Entered by:

*John Loy*
John Loy
17019 County Farm Rd.
Rushville, Ill. 62681

United States District Court
Central District of Illinois
Peoria Division

| | |
|---|---|
| John Loy, pro se<br>Plaintiff<br><br>v.<br><br>Greg Donathan, eT al<br>Defendants | Case No.<br><br>23-cv-04149-JES |

## Motion To Compel

Per Merit Review Order - 3rd Amended Complaint dated 5/22/24, page 8, paragraph 7, plaintiff is now entering This motion To compel defendant Greg Donathan to hand over The names and work addresses of all persons on the collegiate panel over the last 10 years. To:

John Loy
17019 Count Farm Rd.
Rushville, Ill. 62681

*John Loy* (signature)     Dated: 7-24-24